**From:** no_reply@massmail.unc.edu <no_reply@massmail.unc.edu>
**Sent:** Wednesday, August 14, 2024 10:35 AM
**Subject:** [FORMAL NOTICE] First Amendment and Free Speech policies and resources



Dear Carolina Community,

Carolina's commitment to fostering a free exchange of ideas is one of the core elements that make us a vibrant academic community. As we start the new semester, we are sharing information and resources on free speech, relevant laws and policies and resources in this email.

The University now has a webpage dedicated to free speech and frequently asked questions about the rights, policies and limits on campus.

**The First Amendment at Carolina**

Freedom of speech lies at the root of academic freedom. The faculty and the UNC-Chapel Hill Board of Trustees have affirmed this principle, and our campus has a long tradition of vigorous debate and public engagement. We want our faculty, staff and students to enjoy a culture where the lively exchange of ideas contributes to deeper knowledge. It's a crucial part of the role we play in strengthening democracy.

The principle of free speech is also enshrined in the North Carolina Constitution, which ordains that "freedom of speech and of the press are two of the great bulwarks of liberty and therefore shall never be restrained." As a public university, Carolina embraces these words along with the First Amendment to the U.S. Constitution, and we uphold the North Carolina Restore and Preserve Free Speech Act and the UNC System Board of Governors Policy on Free Speech and Free Expression.

At Carolina, like all public universities, you will have the opportunity to hear a wide range of viewpoints from members of our campus community and from visiting speakers. Speakers may be invited by a school, department or student organization, among others. These speakers may rent University facilities for events.

Under the First Amendment, the University cannot prohibit a person from speaking on campus because some in our community may not agree with what that person has to say or even because the speech is considered offensive. However, although we uphold the law, that does not mean the University endorses or approves such speech in any way.

**Demonstrations and rallies are possible**

Throughout the year, demonstrations, rallies and other events are possible on campus and in the local community. ==As a state institution, outdoor public spaces on campus are open to all regardless of their views, as long as they follow the law and University policies.== Permits are not required for gatherings in most of McCorkle Place but are in other quads and locations under our Facilities Use Policy and Facilities Use Standard.

We respect the rights of peaceful protesters. While anyone — including students, faculty and staff — may gather and exercise their rights to free speech, state law and the Board of Governors policy prohibit significant disruption of University operations. We require all campus community members to comply. If you do not wish to participate in events on or near campus, plan to use caution and discretion before walking or traveling near those areas.

**Supporting our community**

Your safety is the University's highest priority, and we work closely with town officials and local law enforcement agencies to keep our communities as safe as possible. But we understand that some messages and the presence of some visitors on campus may cause members of our community to feel unsafe — and can cause anxiety and fear. For support, students may contact Counseling and Psychological Services at 919-966-3658 or Student Wellness at 919-962-9355. Faculty and staff may contact our Employee Assistance Program 24 hours a day at 877-314-5841. If you ever feel your physical safety is threatened, including on social media, you should call police immediately by dialing 911.

**Free Speech Policy resources**

Understanding the laws and policies related to freedom of speech can be difficult. If you have questions or concerns, the following individuals are available as resources regarding institutional policies affecting the exercise of free speech.

- Katie Nolan, Executive Director of Strategy, Policy and Special Projects for Human Resources and Equal Opportunity and Compliance
- Jonathan Sauls, Senior Associate Vice Chancellor for Student Affairs
- Matthew Teal, Associate Director of the Office of Ethics and Policy

This message is sent in accordance with the North Carolina Restore and Preserve Free Speech Act and UNC Board of Governors Policy § 1300.8.

Sincerely,

J. Christopher Clemens, Provost

Amy Johnson, Vice Chancellor for Student Affairs

Becci Menghini, Vice Chancellor for Human Resources and Equal Opportunity and Compliance

Charles Marshall, Vice Chancellor and General Counsel


This message is sponsored by: Office of the Provost


--
Jaelyn Miller (she/her)
Attorney & Community Organizer
(910) 228-3741 (cell)
https://emancipatenc.org/

