## A Statement from Interim Chancellor Roberts and Provost Clemens

For the last several months, we have spoken regularly and respectfully with the demonstrators on our campus, consistently supporting their right to assemble and express their views. We have also clearly communicated the University's long-standing policies on the use of shared public spaces. We have been clear that students and community members can assemble and make their voices heard, but University policies must be followed.

We respect and support the rights of peaceful protesters. While anyone – including students, faculty and staff – may gather and exercise their rights to free speech, state law and the Board of Governors policy prohibit disruption of University operations. This commitment to free speech and the policies for demonstrating are shared at the beginning of each academic semester.

During events in recent weeks, the student demonstrators abided by our policies. That changed Sunday evening when protesters – including outside activists – backtracked on their commitment to comply with these policies, including trespassing into classroom buildings overnight. This group has now made it clear they will no longer even consider our requests to abide by University policies and have ended our attempts at constructive dialogue.

We must consider the safety of all of our students, faculty and staff, as well as visitors to this campus. Our students are preparing for final exams and end-of-year activities, including graduation, and we will continue to promote an educational environment where they can do so safely and without disruption.

By 6 a.m. today the protesters assembled in Polk Place must remove all tents, tables, and other items and depart from the area. Failure to follow this order to disperse will result in consequences including possible arrest, suspension from campus and, ultimately, expulsion from the university, which may prevent students from graduating.

Lee H. Roberts
Interim Chancellor

J. Christopher Clemens
Provost