


iMessage
Tue, May 7 at 7:45 PM

Amy Johnson

> I just saw something in the N&O article that connects to our Q&A, which we need to correct right away. They answer to whether students have been disciplined is *not* yes. EEAC is not a disciplinary process. This is quite important. We need to start that statement with "Federal privacy laws prevent disclosure about student cases."

> Also, on the next question, please remove "disciplinary" and just say "What action has the University taken..."

> EEAC is a safety process. For an array of reasons it is critical that we do not characterize this as a disciplinary process. Please help ASAP

> I thought I had corrected this in the OneDrive doc

Kamrhan Farwell

> Ok. I'll get this to folks.

(+ iMessage 🎤)

