
 

> Is the posture if they don't take the things down, then we will?

I think so- but chief would probably just want to move to dispersal for violation of policy

Hey not in a place to talk- do you have Chris McClure's number?

> I do

> I'll give him a call.

Thanks

Sun, Apr 28 at 5:05 PM

Just shared your contact info w chancellor btw