**Letter by faculty and staff for students' right to free speech and protest**

Dear Interim Chancellor Roberts and Provost Clemens,

We write to voice our concerns about the University's actions on April 30th.

The student encampment located on Polk Place was an example of the kind of peaceful free expression that our university claims to uphold. Free speech is often challenging; it can make people uncomfortable, and it can grow heated. But until that speech crosses the line into violence or obstruction, it must be protected, even at the cost of discomfort or patches of grass yellowed by tents. The administration's decision to call in police from across the state to storm our students' encampment at 5:30 in the morning on Tuesday, April 30, created a militarized and unsafe climate on the UNC campus. It subjected the very students it is charged with protecting to violence and trauma. Subsequent actions by the administration–including but not limited to the sudden, unexplained closing of the Campus Y, a 160-year-old student organization that opened its facilities to members of the encampment; the interim chancellor's public statement about the events of April 30, which averred that arrested students had violated university policy without providing any details of their supposed misconduct; and, as of May 3, the continued withholding of arrest records from public scrutiny–have further undermined the public trust.

On May 3, three university vice-chancellors wrote to the campus community, detailing a long list of actions and conditions that the university cannot tolerate. All of these conditions and actions were the direct result of violence introduced to campus when university administrators first ordered police to interfere with students' legitimate political expression. The vice-chancellors' communications misrepresented facts, unjustly blaming students for disruptions and violence that they themselves had caused. We reject their duplicitous communication to the campus community. We denounce the unjust treatment of our students and the administration's abdication of its responsibility to foster and protect freedom of speech on campus.

We call for accountability for the administrators whose decisions during the protest dishonored the university's noble traditions of freedom of speech, freedom of expression, and respecting students' rights to protest. We further remind the university administration of decisions made by university leaders during past tumultuous times, including the tumultuous protests of 1969 According to The Carolina Story: A Virtual Museum of University History "Even during the most heated moments of national protest, classes at Chapel Hill continued, and police stayed off campus". The university must immediately dismiss all suspensions and other charges against students involved in the protest, return the confiscated belongings of our students, remove the fence around the flagpole in the quad, and re-open Campus Y in recognition of its central importance to our university community.

Cc:
Jim White, Craver Family Dean of the College of Arts and Sciences
Desirée Rieckenberg, Dean of Students
Amy Johnson, Vice Chancellor for Student Affairs
Leah Cox, Vice Provost of Equity and Inclusion and Chief Diversity Officer
Karla Slocum, Senior Associate Dean for Diversity, Equity, and Inclusion

[Please Note: this letter is adapted from a document co-written by a group of UNC History Department Faculty.]

Signed by:

1. Michael Palm, Associate Professor, Communication
2. Nadia Yaqub, Professor, Asian and Middle Eastern Studies
3. Sara Smith, Professor, Geography and Environment
4. Matthew Palm, Assistant Professor, City and Regional Planning
5. Pedro Lopes de Almeida, Teaching Assistant Professor, Romance Studies
6. Karen Booth, Associate Professor, Women's and Gender Studies
7. David Pier, Associate Professor, African, African American and Diaspora Studies
8. Caroline Sibley, Teaching Assistant Professor, Asian and Middle Eastern Studies
9. Michelle Robinson, Associate Professor, American Studies
10. Mary Hawkins, Associate Director of Evaluation, Center for Health Equity Research
11. Nicole Davis, Data Manager, Obstetrics and Gynecology, Global Women's Health
12. Hồng-Ân Trương, Professor, Art and Art History
13. Carmen Gutierrez, Assistant Professor, Public Policy
14. Sherryl Kleinman, Professor Emerita, Sociology
15. Sarah Shields, Professor, History
16. Dwayne Dixon, Teaching Assistant Professor, Asian and Middle Eastern Studies
17. Michal Osterweil, Teaching Professor, Global Studies
18. Taylor Cowdery, Associate Professor, English and Comparative Literature
19. Micah Hughes, Associate Director, Center for Middle East and Islamic Studies
20. Elyse Crystall, Teaching Professor, English and Comparative Literature
21. Alexandra Munson, Research Program Manager, Neurology
22. Ariana Vigil, Distinguished Professor, Women's and Gender Studie
23. Mark Driscoll, Professor, Asian and Middle Eastern Studies
24. Antonia Randolph, Assistant Professor, American Studies
25. Rana Alkhaldi, Assistant Professor, Family Medicine
26. Nataha Parikh, Teaching Assistant Professor, Psychology and Neuroscience
27. John Caldwell, Teaching Associate Professor,  Asian and Middle Eastern Studies
28. Jessica L Wolfe, Marcel Bataillon Professor, English and Comparative Literature
29. Ash Barnes, Student Services Specialist, Asian and Middle Eastern Studies
30. Lien Truong, Associate Professor, Art and Art History
31. Joseph Jordan, Teaching Associate Professor, African, African American and Diaspora Studies
32. David Mora-Marín, Professor, Linguistics
33. Tanya Shields, Associate Professor, Women's and Gender Studies
34.  Beth Grabowski, Professor, Art and Art History
35. Anna Bardone-Cone, Professor, Psychology and Neuroscience
36. Juliane Hammer, Professor, Religious Studies
37. Rebecka Rutledge Fisher, Professor, English and Comparative Literature
38. E. Chebrolu, Assistant Professor, Communication
39. Shannelle Campbell, Assistant Professor, Surgery
40. Martin Wannam, Assistant Professor, Art and Art History
41. Gabriela Valdivia, Professor, Geography and Environment
42. Mario Marzan, Associate Professor, Art and Art History
43. Renée Alexander Craft, Professor, Communication
44. Lisa Taxier, Postdoctoral Research Associate, Bowles Center for Alcohol Studies
45. Aaron Shapiro, Assistant Professor of Technology Studies, Communication
46. Jennifer Leeman, Professor, School of Nursing
47. Lisa Calvente, Assistant Professor, Communication

48. Trude Bennettt, Associate Professor Emerita, Maternal and Child Health
49. Kumarini Silva, Associate Professor, Communication
50. Kerry Bannen, Repository Services, University Libraries
51. Don Nonini, Professor Emeritus, Anthropology
52. Zyon Perkins, Event Planner, Institute for the Arts and Humanities
53. Chad Heartwood, Associate Professor, School of Journalism
54. Nina Martin, Associate Professor, Geography and Environment
55. Altha Cravey, Associate Professor, retired, Geography and Environment
56. Lisa Calvente, Assistant Professor, Communication
57. Steve May, Associate Professor, Communication
58. Hassan Melehy, Professor, Romance Studies
59. Danielle Purifoy, Assistant Professor, Geography and Environment
60. Taylor Hargrove, Assistant Professor, Sociology
61. Parth Shah, Adjunct Faculty, School of Journalism
62. Danielle Spurlock, Associate Professor, City and Regional Planning
63. Robin Visser, Professor, Asian and Middle Eastern Studies
64. Jock Lauterer, Senior Lecturer Emeritus, School of Journalism
65. Camilia Kamoun, Assistant Professor, Pediatrics, School of Medicine
66. Melissa Faliveno, Assistant Professor, English and Comparative Literature
67. Fen Annarino, Research Technician, Comparative Medicine
68. Malissa Alinor, Assistant Professor, Public Policy
69. Brandon Bayne, Associate Professor, Religious Studies
70. Joseph Glatthaar, Stephenson Distinguished Professor, History/Peace, War and Defense
71. Jacqueline Hagan, Professor Emerita, Sociology
72. Nick Jones, Teaching Assistant Professor, Germanic & Slavic Languages & Literatures
73. Eden Consenstein, Assistant Professor, Religious Studies
74. Youssef Carter, Assistant Professor, Religious Studies
75. Shannon Malone Gonzalez, Assistant Professor, Sociology
76. Katherine Turk, Associate Professor, History
77. Cemil Aydin, Professor, History
78. Miguel La Serna, Professor, History
79. Deborah M. Weissman, Reef C. Ivey Distinguished Professor, School of Law
80. Lou Pérez, Professor, History
81. Jay Smith, Professor, History
82. Emily Krumberger, Administrative & Communications Coordinator, Parr Center for Ethics
83. Kita Douglas, Teaching Assistant Professor, American Studies
84. Erika K Wilson, Professor, Wade Edwards Distinguished Scholar, Law School
85. Sarah Sizer, Postdoctoral Fellow, Bowles Center for Alcohol Studies
86. Stephanie Elizondo Griest, Professor, English and Comparative Literature
87. Maddie Norris, Kenan Visiting Writer, English and Comparative Literature
88. Cynthia Current, Teaching Associate Professor, English and Comparative Literature
89. Doria Elkerdany, Teaching Associate Professor, Asian & Middle Eastern Studies Department
90. HM Cushman, Assistant Professor, English and Comparative Literature
91. Neil Bilotta, Clinical Assistant Professor, Social Work
92. Antwain K. Hunter, Assistant Professor, History
93. Wayne E. Lee, Professor, History and Peace, War and Defense
94. Angela Stuesse, Associate Professor, Anthropology and Global Studies
95. Karen Tucker, Teaching Assistant Professor, English and Comparative Literature
96. Charles Soeder, Research Technician, Biology

97. Hannah Wolfe, Estates Administrator, University Development Office
98. Terence McIntosh, Associate Professor, History
99. Florence Babb, Harrington Distinguished Professor, Anthropology
100. Camilla Crane, Archival Assistant, Center for the Study of the American South
101. Sean Matharoo, Assistant Professor, Romance Studies
102. Olivia Leggio, Programmer, Neurology
103. Sharon P. Holland, Townsend Ludington Distinguished Professor, American Studies
104. María DeGuzmán, Eugene H. Falk Distinguished Professor, English and Comparative Literature
105. Gabriel Bump, Assistant Professor, English and Comparative Literature
106. James J. O'Hara, George L. Paddison Professor of Latin, Classics
107. Donald Reid, John Wesley and Anna Hodgin Hanes Distinguished Professor, History
108. Kristen Harrison, Richard Cole Eminent Professor, School of Journalism
109. Elizabeth Havice, Professor, Geography and Environment
110. Kristin Hondros, Teaching Associate Professor, Communication
111. Elizabeth Olson, Professor, Geography & Environment; Global Studies
112. Amy Chambless, Teaching Professor, Romance Studies
113. Adam Price, Teaching Associate Professor, English and Comparative Literature
114. Matthew Zinck, Adjunct Instructor, School of Public Health
115. Jackson Davis, Research Assistant, Health Sciences
116. Barbara Fedders, Associate Professor, R.C. Ivey, II Excellence Fund Term Scholar, School of Law
117. Erica Johnson, Teaching Professor, Global Studies
118. Becca Wait, Horticultural Curator, NC Botanical Gardens
119. Ylce Irizarry, Associate Professor, Eliason Scholar, English and Comparative Literature
120. Frank R Baumgartner, Richard J. Richardson Distinguished Professor, Political Science
121. Christian C. Lentz, Associate Professor, Geography and Environment
122. Ana Vinea, Assistant Professor, Asian and Middle Eastern Studies
123. Towns Middleton, Associate Professor, Anthropology
124. Terese Gagnon, Postdoctoral Fellow, Carolina Asia Center/Anthropology
125. Taro Takizawa, Visiting Lecturer, Art and Art History
126. Kathryn Burns, Professor Emerita, History
127. Priscilla Layne, Professor, Germanic and Slavic Languages and Literatures
128. Lisa Lindsay, Professor, History
129. Henry Gruber, Assistant Professor, History
130. Fenaba Addo, Associate Professor, Public Policy
131. Julia Haslett, Associate Professor, Communication
132. Jes Boon, Associate Professor, Religious Studies
133. Ashley Hernandez, Assistant Professor, City and Regional Planning
134. Stanislav Shvabrin, Associate Professor, Germanic and Slavic Languages and Literatures
135. Christina Perez, Research Data Coordinator, Obstetrics and Gynecology/Global Women's Health
136. Kate Weisshaar, Associate Professor, Sociology
137. Misha Becker, Professor, Linguistics
138. Nate John Mark, Assistant Professor and Research Assistant, Dramatic Art
139. Amy Evans, Arts Specialist, Costume Shop Manager, PlayMakers/Dramatic Art
140. Christopher T. Nelson, Associate Professor, Anthropology
141. Patricia Parker, Professor, Communication

142. Brandon Hearrell, Arts Specialist, Scene Shop Supervisor, Playmakers Repertory/Dramatic Art
143. Victoria Danielik, Program Assistant, Dramatic Art
144. David Navalinsky, Professor, Dramatic Art
145. Annette Lawrence, Edna J. Koury Distinguished Professor, Art and Art History
146. Lucila Vargas, Professor Emerita, School of Journalism
147. Sarah Dempsey, Associate Professor, Communication
148. Jessica Tanner, Associate Professor, Romance Studies
149. Kyoungjin Bae, Assistant Professor, Asian and Middle Eastern Studies
150. Erik S. Gellman, Professor, History
151. I Jonathan Kief, Assistant Professor, Asian and Middle Eastern Studies
152. Matt O'Wain, Teaching Assistant Professor, English and Comparative Literature
153. Hélène de Fays, Teaching Professor, Romance Studies
154. Jenny Teague, Research Coordinator, Obstetrics and Gynecology/Global Women's Health
155. James B. Rives, Kenan Eminent Professor, Classics
156. Jeffrey Meanza, Associate Artistic Director, PlayMakers/Dramatic Art
157. Mohammad Jarrahi, Professor, School of Information and Library Science
158. Matthew Mallard, Arts Specialist, Assistant Teaching Professor, Playmakers/Dramatic Art
159. Patricia Sawin, Associate Professor, American Studies
160. Sarah Bloesch, Teaching Assistant Professor, Women's and Gender Studies
161. Jordan Lovejoy, Postdoctoral Fellow, American Studies
162. Michelle King, Associate Professor, History
163. Evan Ashkin, Professor, Family Medicine
164. Susan Bickford, Associate Professor, Political Science
165. Allison De Marco, Advanced Research Scientist, Institute for Child Development/School of Social Work
166. Harry L. Watson, Professor Emeritus, History
167. Erica Brierley, Business Officer, School of Medicine
168. Matt Zeitler, Assistant Professor, Family Medicine
169. Ami Goldstein, Adjunct Associate Professor, Family Medicine
170. Beth Kurtz-Costes, Professor Emerita, Psychology and Neuroscience
171. Alexander Sahn, Assistant Professor, Political Science
172. Rupal Yu, Assistant Professor, Family Medicine
173. Navin Bapat, Professor, Political Science
174. Daniel Wallace, J Ross McDonald Distinguished Professor, English and Comparative Literature
175. Martha Carlough, Professor Emerita, Family Medicine
176. Molly M. De Marco, Assistant Professor, Nutrition
177. Sharrah Lane, Teaching Assistant Professor, Romance Studies
178. Michael Figueroa, Associate Professor, Music
179. Stephanie Brown, Adjunct Instructor, School of Library and Information Sciences
180. Cecilia Martinez-Gallardo, Associate Professor, Political Science
181. Scott Kirsch, Professor, Geography and Environment
182. Adam Versényi, Professor/Senior Dramaturg, Dramatic Art/PlayMakers
183. Anna Gatdula, Assistant Professor, Music
184. Maxine Eichner, Graham Kenan-Flagler Distinguished Professor, Law School
185. Anna Wallin, Program Coordinator, Family Medicine
186. Maya Shipman, Teaching Assistant Professor, Music
187. Carol Magee, Professor, Art and Art History

188. Michele Pietrafesa, Clinical Assistant Professor, School of Social Work
189. Jane Thrailkill, Professor, English and Comparative Literature
190. Ashley Anderson, Assistant Professor, Political Science
191. Chloe Hill, Teaching Assistant Professor, Romance Studies
192. Mimi Chapman, Distinguished Professor, Social Work
193. Kathryn Hunter Williams, Associate Professor, Dramatic Art
194. Jeffrey B. Cornell, Teaching Professor, Dramatic Art
195. Kenneth Janken, Professor, African, African American, and Diaspora Studies
196. Hannah Netschytailo, Research Assistant, Center for Health Promotion and Disease Prevention
197. Cécile Ruel, Teaching Assistant Professor, Romance Studies
198. Eliza Richards, Professor, English and Comparative Literature
199. Jacqueline Lawton, Associate Professor, Dramatic Art
200. Susan Pennybacker, Chalmers W. Poston Distinguished Professor, History
201. Marissa Lupkas, Wardrobe Supervisor, Playmakers/Center for Dramatic Art
202. Theda Perdue, Atlanta Distinguished Professor, History
203. Amanda Klein-Cox, Senior Research Associate, School of Social Work
204. Abel Muñoz-Hermoso, Teaching Professor, Romance Studies
205. Zoë Lord, Arts Production Specialist, PlayMakers/Center for Dramatic Art
206. Laura Pates, Technical Director, Playmakers/Dramatic Art
207. Michael Baca-Atlas, Assistant Professor, Family Medicine/Psychiatry
208. Elizabeth Tolman, Teaching Assistant Professor, Romance Studies
209. Chris Kirkman, Professor of Graphics and Journalism, School of Journalism
210. Yesenia Merino, Associate Director, Inclusive Excellence, School of Public Health
211. Emily Curtin, Teaching Assistant Professor, Anthropology
212. Thu-Mai Lewis, Assistant Director of Research Data Stewardship, Research Data Management Core
213. Grayson Mendenhall, Adjunct Faculty, School of Journalism
214. Desireé Lockhart, Student Engagement Coordinator, Business School
215. Dane Emmerling, Assistant Professor, Health Behavior, School of Global Public Health
216. Hailey Mason, Adjunct Faculty, School of Global Public Health
217. Diane Zimmerman, Arts Production Specialist / Scenic Charge, Playmakers
218. Madeline Braxton, IT Content Specialist, Behavioral Health Springboard, School of Social Work
219. Jennifer Costello, Adjunct Instructor, School of Public Health
220. Valerie Lambert, Professor, Anthropology
221. Hannah Potter, Registered Nurse, Medical Center
222. Julieta Gruszko, Assistant Professor, Physics and Astronomy
223. Michael Lambert, Associate Professor, African, African American, and Diaspora Studies
224. Gary Nelson, Professor, School of Social Work
225. Christina Burch, Professor, Biology
226. Senay Yitbarek, Assistant Professor, Biology
227. Carl Rodriguez, Assistant Professor, Physics and Astronomy
228. Jeff Sekelsky, Professor, Biology
229. Claire Porter, Resident Physician, Family Medicine
230. Anne Klar, Registered Nurse, Medical Center
231. Nia Rikhel Johnson, Resident Physician, Family Medicine
232. Jeff Dangl, John N. Couch Professor, Biology
233. Melissa Hill, Resident Physician, Family Medicine

234. Mark Peifer, Michael Hooker Distinguished Professor, Biology
235. Deb Aikat, Associate Professor, School of Journalism
236. Farah Mechref, Resident Physician, Emergency Department
237. Emerson Rhudy, Registered Nurse, Medical Center
238. David Li, Research Scientist, Collaborative Studies Coordinating Center, Biostatistics
239. Osamudia James, Professor, School of Law
240. Oriana Messer, Registered Nurse, Medical Center
241. Kathleen Malley, Policy Analyst, School of Social Work
242. Maniraj Jeyaraju, Resident Physician, Family Medicine
243. Sally C. Stearns, Professor, Health Policy and Management, Gillings School of Global Public Health
244. Gabrielle Calvocoressi, Associate Professor, Creative Writing/English and Comparative Literature
245. Bahjat Qaqish, Professor, Biostatistics / School of Global Public Health
246. David Romito, Science Librarian, University Libraries
247. Anna Wickenheisser, Social/Clinical Research Assistant, School of Global Public Health
248. Wendy Ross, Clinical Instructor, Health Sciences
249. April Parker, Clinical Assistant Professor, School of Social Work
250. Courtney Woods, Associate Professor, Environmental Sciences
251. Brooke Hess, Resident Physician, Family Medicine
252. Shawn Ahmed, Professor, Genetics and Biology
253. Elizabeth (Libby) McClure, Assistant Professor, Epidemiology
254. Rolando Rodriguez, Humanities Librarian, University Libraries
255. Samiha Chowdhury, Programmer, Biostatistics
256. Bob Goldstein, James L Peacock III Distinguished Professor, Biology
257. Robert Jenkins, Teaching Professor, Political Science
258. Audrey Pettifor, Professor, Epidemiology
259. Thomas Jackson, UX Developer, University Libraries
260. Kara Hume, Associate Professor, School of Education
261. Coltan Compton, Research Assistant, School of Education
262. Khadija Razzaq, Resident Physician, Anesthesiology
263. Samantha Glotfelty, Resident Physician, Family Medicine
264. Jeremy Holliday, Social/Clinical Researcher, Biostatistics
265. Kara McCormack, Teaching Assistant Professor, Biostatistics
266. Eva Telzer, Professor, Psychology and Neuroscience
267. Michelle Temple, Survey Consultant & Programmer, Odum Institute
268. George Baroud, Assistant Professor, Classics
269. Mary R. Lynn, Professor, School of Nursing
270. Kevin Clark, Library Technician, University Libraries
271. Miroslav (Mirek) Styblo, Professor, Nutrition / School of Global Public Health
272. Keely Muscatell, Associate Professor, Psychology and Neuroscience
273. Mehdi Shadmehr, Associate Professor, Public Policy
274. Jennifer Arnold, Professor, Psychology and Neuroscience
275. Kelley Mark, Resident Physician, Family Medicine
276. Emily Baragwanath, Associate Professor, Classics
277. Samantha Heller, Research Specialist, Carolina Population Center
278. Regina Baker, Associate Professor, Sociology
279. Erin Jones, Research Specialist, Carolina Population Center
280. Beth Lowder, Program Manager, School of Social Work

281. Teresa Chapa, Librarian, University Libraries
282. Alison Holt, Resident Physician, Family Medicine
283. Cathy Emrick , Core Manager, Medicine
284. Carole Crumley, Emerita Professor, Anthropology
285. Christine Zimmerman, Mailroom Clerk, University Libraries
286. Ben Hucks, Clinical Instructor , Psychiatry
287. William M Kier, Prof Emeritus, Dept of Biology
288. Steven Day, Research Associate Professor , Social Work
289. Barry Popkin, W. R. Kenan, Jr. Distinguished Professor, Nutrition
290. Denise Soufi, Metadata Librarian, University Libraries
291. Margaret Wiener, Associate Professor, Anthropology
292. Mounir Nessim, Employment Specialist, TEACCH Employment Services
293. Benjamin Meier, Professor, Public Policy
294. Petal Samuel, Assistant Professor, African, African American and Diaspora Studies
295. Matt Turi, Manuscript Research and Instruction Librarian, University Libraries
296. Rachel Briggs, Teaching Assistant Professor, Anthropology
297. Mary Floyd-Wilson, Professor, English and Comparative Literature
298. Lindsey Smith Taillie, Associate Professor, Nutrition
299. Neal Caren, Associate Professor, Sociology
300. Adrian Drummond-Cole, Teaching Assistant Professor, Geography and Environment
301. Angela Velez, Teaching Assistant Professor, English and Comparative Literature
302. Ibrahim Duqum, Professor, Prosthodontics/School of Dentistry
303. Charlotte Boettiger, Professor, Psychology and Neuroscience
304. Karen Monuszko, Resident Physician, Family Medicine
305. Linda Green, Teaching Associate Professor, Mathematics
306. Banu Gökarıksel, Professor, Geography and Environment
307. Paschal Sheeran, Distinguished Professor, Psychology and Neuroscience
308. Frederick Wiss, Professor, Psychology and Neuroscience
309. Janet Downie, Associate Professor, Classics
310. Cassandra Davis, Assistant Professor, Public Policy
311. Jason Reed, Professor, Biology
312. Daniella Ortiz, Resident Physician, Family Medicine
313. Jillian Hinderliter, Assistant Professor, Women's and Gender Studies
314. Rachel Penton, Teaching Associate Professor, Psychology and Neuroscience
315. Joshua Thorpe, Associate Professor, Pharmaceutical Policy and Outcomes, School of Pharmacy
316. Gwendolyn Schwinke, Assistant Professor, Dramatic Art
317. Ellie Campbell, Clinical Associate Professor and Reference Librarian, School of Law
318. Shayne Legassie, Associate Professor, English and Comparative Literature
319. Sayeed Ghani, Teaching Associate Professor, Computer Science
320. Courtney Rivard, Assistant Professor, English and Comparative Literature
321. Victoria Boggiano, Assistant Professor, Family Medicine
322. Aziz Sancar, Sarah Graham Kenan Professor, Biochemistry, School of Medicine
323. Danae Smart, Resident Physician, Family Medicine
324. Thomas Kelley, J. Dickson Phillips, Jr. Distinguished Professor, School of Law
325. Lauren Eaves, Research Scientist, Adjunct Assistant Professor, Environmental Sciences
326. Charles Kurzman, Stadter Professor, Sociology
327. Deborah Barrett, Clinical Associate Professor, School of Social Work
328. Greg Matera, Professor, Integrative Program for Biological and Genome Science

329. Chelsea James, Producing Associate, Playmakers
330. Stephanie DeGooyer, Associate Professor, English and Comparative Literature
331. Kathleen Mullan Harris, James Haar Distinguished Professor, Sociology
332. Ryan Lavalley, Assistant Professor, Health Sciences
333. Robert A. Hummer, Howard W. Odum Distinguished Professor, Sociology
334. Richard Vernon, Director of Portuguese Language Program, Romance Studies
335. Charles Price, Professor, Anthropology
336. Amanda Northcross, Associate Professor, Environmental Sciences
337. Greg Hohn, Clinical Assistant Professor, Business School
338. Kristen Lindquist, Professor, Psychology and Neuroscience
339. Simona Goldin, Research Associate Professor, Public Policy
340. John Stephens, Professor Emeritus, Political Science
341. Jeffrey Johnson, A. Ronald Gallant Distinguished Professor, Chemistry
342. Gene Nichol, Distinguished Professor, Law School
343. Catherine Zimmer, Adjunct Professor, Sociology
344. Melissa Gilkey, Associate Professor, Health Behavior, School of Global Public Health
345. Andrés Viña, Adjunct Assistant Professor, Geography and Environment
346. SeonAe Yeo, Professor, School of Nursing
347. Liz Gualtieri-Reed, Teaching Associate Professor, English and Comparative Literature
348. Paul Leslie, Pardue Distinguished Professor, Anthropology
349. Phillip MacDonald, Associate Director, Southern Oral History Project
350. Barbara Fredrickson, Kenan Distinguished Professor, Psychology and Neuroscience
351. Laura Smith, Library Assistant, University Libraries
352. Arne Kalleberg, Kenan Distinguished Professor, Sociology
353. Alyssa Lytle, Teaching Assistant Professor, Department of Computer Science
354. Melissa Troester, Professor, Epidemiology
355. Emily Wallace, Art Director/Deputy Editor, Southern Cultures, Center for the Study of the American South
356. Larry Chavis, Teaching Professor, Business School
357. Javier Arce, Associate Professor, Geography and Environment
358. Matthew Andrews, Teaching Associate Professor, History
359. Wesley Roten, Chief Resident, Family Medicine
360. Emily Spangenberg, Bilingual Program Coordinator, Institute for the Study of the Americas
361. Dorothy Erie, Professor, Chemistry
362. Roni Sengupta, Assistant Professor, Computer Science
363. Maddox Cory, Social/Clinical Research Assistant, Health Sciences
364. Thibaut Davy-Mendez, Assistant Professor, Infectious Diseases, School of Medicine
365. C D C Reeve, DKE Distinguished Professor, Philosophy
366. Andrea Bohlman, Associate Professor, Music
367. Mustafa Abid, Resident, General Surgery
368. Valérie Pruvost, Teaching Professor, Romance Studies
369. Susan Clifford, Language Access Coordinator, Institute for the Study of the Americas
370. Shannon McGregor, Associate Professor, School of Journalism
371. Yong Cai, Associate Professor, Sociology
372. Marilyn Ghezzi, Clinical Associate Professor Emerita, School of Social Work
373. Gina Difino, Director, Global Education and Fellowships, Honors Program
374. Amanie Khairullah, Clinical Pharmacist Practitioner, Medical Center
375. Graeme Robertson, Professor, Political Science
376. Benjamin C. Waterhouse, Associate Professor, History

377. Elizabeth Frankenberg, Boshamer Distinguished Professor, Sociology
378. Hank Smith, Teaching Assistant Professor, Music
379. Tao Wang, Assistant Professor, Dramatic Art
380. Kathleen Fitzgerald, Teaching Assistant Professor, Sociology
381. Glenn Hinson, Associate Professor, Anthropology
382. Noa Nessim, Assistant Faculty, Family Medicine
383. Sophia Lyons, Admin Support Associate, Child Development Center
384. Meta DuEwa Jones, Associate Professor, English and Comparative Literature
385. Clarissa Brocklehurst, Adjunct Professor, Environmental Sciences/Engineering, School of Public Health
386. Erinn Whitaker, Professor of the Practice, Peace, War and Defense
387. Jacquelyn Hall, Julia Cherry Spruill Professor Emerita, History
388. Joseph Pinto, Adjunct Professor, Environmental Sciences and Engineering
389. Therese Triumph, Science Librarian, University Libraries
390. Jada Brooks, Associate Professor, School of Nursing
391. Sarah Carrier, Librarian, Adjunct Instructor, University Libraries
392. William Payne, Assistant Professor, School of Information and Library Science
393. Whitney Arey, Postdoctoral Trainee, Maternal and Child Health
394. Yvonne M. Eadon, Postoctoral Scholar, Center for Information, Technology, and Public Life
395. Lindsay Cortright, Senior Research Project Manager, Center for Gastrointestinal Biology and Disease
396. Alexandra Lightfoot, Health Behavior, School of Public Health
397. Eric Downing, Gerhard L Weinberg Distinguished Professor, German and Comparative Literature
398. Adi Dzumhur, Teaching Assistant Professor, Germanic and Slavic Languages and Literatures
399. Kathleen DuVal, Professor, History
400. Hans Christianson, Professor, Mathematics
401. Sarah Grant, Research Professor Emerita, Biology
402. Philip Gura, Newman Distinguished Professor, English and Comparative Literature
403. Amanda DelVecchia, Assistant Professor, Geography and Environment
404. Michael Hanson, Library Technician, Circulation, University Libraries
405. Barry Saunders, Associate Professor, Social Medicine
406. Khalilah Johnson, Assistant Professor, Health Sciences
407. Chad Bryant, Professor, History
408. Diego Riveros-Iregui, Professor, Geography and Environment
409. Tessa Joseph-Nicholas, Teaching Professor, Computer Science
410. Sudhanshu Hands, Kenan Eminent Professor, Public Policy
411. Karen Benjamin Guzzo, Professor, Sociology
412. Nicholas DiEugenio, Associate Professor, Music
413. Donald Haggis, Professor, Classics
414. Victoria Bautch, Beverly Long Chapin Distinguished Professor, Biology
415. Bland Simpson, Kenan Distinguished Professor, English and Comparative Literature
416. Ji-Yeon Jo, Associate Professor, Asian and Middle Eastern Studies
417. Elizabeth Stringer, Professor, Obstetrics and Gynecology
418. Lee McGuigan, Assistant Professor, School of Journalism and Media
419. Danielle J. Allen, Research Assistant Professor, Public Policy
420. Daniel Westreich, Professor, Epidemiology
421. Jacob Garner, Resident Physician, Family Medicine
422. Jane Little, Professor, Medicine

423. Rebecca Liu, Media Instruction Technician, University Libraries
424. Pablo Vega, Teaching Assistant Professor, Music
425. Aaron Harcus, Assistant Professor, Music
426. David Rose, Associate Professor, Mathematics
427. Lloyd Chambless, Professor Emeritus, Biostatistics
428. Emily Boehm, Faculty Development Consultant, Center for Faculty Excellence
429. Til Stürmer, Distinguished Professor, Epidemiology
430. Jordan Green, Science & Technology Librarian, University Libraries
431. Aspen Jackson, Production Stage Manager, PlayMakers
432. Simone Gubler, Assistant Professor, Philosophy
433. Peter Doyle, Adjunct Instructor, School of Journalism
434. Wendy Kadens, Be CALM Trainer, Center for Health Promotion and Disease Prevention
435. Sarah Parijs, Carolina Diverrsity Postdoc, English and Comparative Literature
436. Lillian Zwemer, Teaching Assistant Professor, Biology
437. Karl Petersen, Professor Emeritus, Mathematics
438. Veronica McGurrin, Librarian for Art and Art History, University Libraries
439. Nilzimar Vieira Hauskrecht, Teaching Assistant Professor, Romance Studies
440. Laura Mersini-Houghton, Professor, Physics and Astronomy
441. Patricia A. McAnany, Professor, Anthropology
442. Joe Kieber, Professor, Biology
443. Nora Rosenberg, Associate Professor, Health Behavior, School of Public Health
444. William H. Race, George L. Paddison Professor Emeritus, Classics
445. Melody Kramer, Director of Communications, Carolina Population Center
446. Robert V Janssens, Professor, Physics and Astronomy
447. Kathy Bruno, Park Library Assets Manager, School of Journalism
448. Lina Rosengren-Hovee, Assistant Professor, School of Medicine
449. Rachel Quinto, Associate Director of Operations, Center for Health Equity Research
450. Raquel Escobar, Carolina Diversity Postdoc, History
451. Jean Ann Davison, Clinical Associate Professor, School of Nursing
452. Joseph Viscomi, James G. Kenan Distinguished Professor, English and Comparative Literature
453. Anna Agbe-Davies, Associate Professor, Anthropology
454. Morgan Goins, Clinical Research Coordinator, Gastrointerological Biology and Disease Center
455. Julian Rucker, Assistant Professor, Psychology and Neuroscience
456. Heidi Radtke, Adjunct Instructor, Music
457. Katie Davis Westreich, Assistant Professor, School of Medicine
458. Deborah Stroman, Adjunct Professor, School of Public Health
459. Yousef Abu-Salha, Chief Resident, Urologic Surgery
460. O.J. McGhee, Associate Director of Instructional Media Service, School of Public Health
461. Lauren Jarvis, Assistant Professor, History
462. Harvey Seim, Professor, Environmental Sciences
463. Helen Rose Miesner, Research Associate, Public Policy
464. Erin Siegal McIntyre, Assistant Professor, School of Journalism
465. Juhi Salunke, Social/Clinical Research Assistant, Genetics
466. Sandra Hughes-Hassell, Professor, School of Information and Library Science
467. Seth LaJeunesse, Senior Research Associate, Highway Safety Research Center
468. Francesca Carpentier, Professor, School of Journalism
469. Lorinda Coombs, Assistant Professor, School of Nursing

470. Natalicio Serrano, Assistant Professor, Health Behavior
471. Kym Weed, Assistant Professor, English and Comparative Literature
472. Daelena Tinnin-Gadson, Assistant Professor, English and Comparative Literature
473. Deshira Wallace, Assistant Professor, Health Behavior
474. Sarah Boyd, Teaching Assistant Professor, English and Comparative Literature
475. Jerusha Weaver, Project Manager, School of Public Health
476. Chloé Rager, Adjunct Professor, Art and Art History
477. Radhika Dhingra, Adjunct Assistant Professor, Environmental Sciences
478. Kairen Petry, Social/Clinical Research Assistant, Public Policy
479. David D. Potenziani, Adjunct Instructor, School of Information and Library Science
480. Radhika Dhingra, Adjunct Assistant Professor, Environmental Sciences and Engineering
481. Jane D. Brown, Professor Emerita, School of Journalism
482. Joseph Megel, Teaching Professor, Communication
483. Destiny Hemphill, Lecturer, English and Comparative Literature
484. Aaron Moody, Associate Professor, Geography and Environment
485. Baoqi Liang, Pharmacist, Hospital
486. Hannah LaMarlowe, Marketing/Communications Specialist, PlayMakers/Dramatic Art
487. Myklynn LaPoint, Research Project Manager, Center for Health Services Research
488. Dorothea Heitsch, Teaching Professor in French, Romance Studies
489. Alan Kinlaw, Assistant Professor, School of Pharmacy
490. Camille Mikkelsen, Research Specialist, Public Policy
491. Abigail Haydon, Training Program Manager, Carolina Population Center
492. Jenny Sawada Vega, Social/Clinical Research Associate, Public Policy
493. Sandra Lazo de la Vega, Associate Director of Graduate Programs, City and Regional Planning
494. John Pickles, Distinguished Professor, Geography and Environment
495. Sara Algoe, Professor, Psychology and Neuroscience
496. Julie Dumond, Associate Professor, School of Pharmacy
497. Paul Bonnici, Special Projects Coordinator, Carolina Public Humanities
498. Kevin Hewison, Professor Emeritus, Asian and Middle Eastern Studies
499. Daniel Reyes, Leadership and Practice Outreach Coordinator, School of Public Health
500. Shaelin Keairnes, Registered Nurse, Medical Center
501. Brian Elgart, Resident Physician, Family Medicine
502. Nancy Bagatell, Professor, Health Sciences/Occupational Science & Therapy
503. Katie O'Neil, Administrative Assistant, University Libraries
504. Leah Hollander, Resident Physician, Family Medicine
505. Greys Florez, Research Specialist, Center for Health Equity Research
506. Ames Lynch, Social/Clinical Research Assistant, Center for Health Equity Research
507. Mike Coleman, Assistant Professor, Nutrition
508. Bola Yusuf, Evaluation Research Assistant, Social Medicine
509. Elle Glenny, Research Associate, Nutrition
510. Amy Ellis, Registered Nurse, School of Medicine


** Please note more signatures were added by the time this press advisory was released**