8:58 

 2     **Amy** › 

Fri, Apr 26 at 3:42 PM

> We understand blue tent still isn't down. Is there someone from the team who can direct them to take it down, please?

>> I can send someone up there.

>> Is there a timeline

> Perfect. Many thanks

>> Also, is there a of you don't, then...

> Seeing as how they told us it would be taken down, I think the answer is ASAO

> ASAP

> Again, the consequence is we take it down and remove it

>> 👍 

> Attendance discussion up now

>> Just briefed my staff. They are one the way now.

> Awesome. Appreciate it

+    iMessage