**TRESPASS NOTICE**
**THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL**

Name: Emily Rogers          Address: ████████████

I am a University Police Officer responsible for campus security. In accordance with my authority under the laws of the State of North Carolina, you are hereby ordered to leave immediately and are prohibited from entering upon: *[check applicable box]*

- [x] Any and all property owned or controlled by the University of North Carolina at Chapel Hill ("University").
- [ ] The University location(s) listed below.

_____
_____

This Notice is valid indefinitely unless otherwise modified by the UNC-Chapel Hill Police Department. After a period of no less than twenty-four (24) months, you may seek relief from this Notice by contacting the UNC-Chapel Hill Chief of Police at 919-966-5730.

Notwithstanding anything to the contrary in this Notice, you may:
- Travel along the public streets while legitimately passing through University property.
- Receive emergency medical treatment at the UNC Hospitals Emergency Department, subject to any Trespass Warning issued by the UNC Hospitals Police Department.
- Attend UNC Health Care facilities as a patient, subject to any Trespass Notice issued by the UNC Hospitals Police Department. Eligibility for recognition under this exception requires that, prior to arrival, you contact the University's Police Department (919-962-8100) and provide the name of the UNC Health Care facility in which you are to be treated. You must take the most direct route when arriving and departing.

Failure to abide by this Notice shall result in your being arrested and charged with Second Degree Trespass pursuant to North Carolina General Statute section 14-159.13. See reverse side for appeal instructions.

Location of Incident: Polk Place          Date: 4/30/2024          Time: 6:15 am

Incident Summary: Ms. Rogers was arrested for second degree trespassing during protest at Polk Place. She did not leave when told to by chief of police.

Printed Name of Issuing Officer: N. Lynch          Signature: [signed]

Signature of Notice Recipient: _____

Notice Issued: 5/3/2024          9:25 am
Date                              Time

Printed Name of Witness: _____          Signature: _____

White copy to UNC Police
Yellow copy to person warned

{00089311.DOC 3}