| STATE OF NORTH CAROLINA | File No. 24CR001863-670 |
|---|---|
| Orange County | In The General Court Of Justice<br>District Court |

**NOTE:** *The AOC-CR-645 (Optional Form For Criminal Judgment (District Court)) and other criminal judgment forms are available for use in district court cases. For superior court cases, other criminal judgment forms are available for use.*

**STATE VERSUS**

| Name Of Defendant | |
|---|---|
| Charles William Soeder | **JUDGMENT/ORDER OR OTHER DISPOSITION** |
| ICMS Person Record No.<br>59898365 | |

| Race | Sex | NOTE: Date Of Birth may be recorded on AOC-CR-1000 (ICMS). |
|---|---|---|
| White | Male | |

| Attorney For State | ☐ Def. Found Not Indigent | ☐ Def. Waived Attorney | ☐ Attorney Denied | Attorney For Defendant<br>Gina Lynn Balamucki | ☐ Appointed<br>☐ Retained | Crt Rptr Initials |

**Offense(s)**

2nd Degree Trespassing

The State presented its evidence to the court, including the testimony of Deputy Jeter with the Cumberland Co. Sheirff's Office. At the close of the state's evidence, Defendant's counsel made a motion to dismiss.

This Court, considering all evidence in a light most favorable to the state, finds and concludes that the state failed to present sufficient evidence to pursuade a reasonable juror of Defendant's guilt beyond a reasonable doubt, and as a result, that the charge of 2nd Degree Tresspassing should be dismissed.

Therefore, it is hereby ORDERED, that the charge of 2nd Degree Trespassing in the above-captioned case be dismissed.

**SIGNATURE OF JUDGE**

| Date | Name Of Presiding Judge (type or print) | Signature Of Presiding Judge |
|---|---|---|
| 12/13/2024 | Samantha Hyatt Cabe | 12/18/2024 1:47:25 PM |

*Material opposite unmarked squares is to be disregarded as surplusage.*

AOC-CR-305 (ICMS), Rev. 2/21
© 2021 Administrative Office of the Courts