IN THE UNITED STATES DISTRICT COURT
FOR THE MIDLE DISTRICT OF NORTH CAROLINA
DURHAM
1:25-CV-00191

| | |
|---|---|
| LAILA DAMES, EMILY ROGERS, KATHRYN NEWMAN, MATHANGI MOHANARAJAH, and ANSHU SHAH,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ROBERTS, AMY JOHNSON, DESIREE RIECKENBERG, BRIAN JAMES, RASHEEM HOLLAND, LAWRENCE TWIDDY, JENNIFER SPANGENBERG, J. KALA BULLETT, and AVERY COOK,<br><br>in their individual and official capacities;<br><br>NICK LYNCH, N.G. BROWN, FNU LEE, and DESTINY WYLIE,<br><br>in their individual capacities,<br><br>Defendants. | **NOTICE OF APPEAL** |

TO THE HONORABLE CLERK OF COURT:

PURSUANT TO Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendants Roberts, Johnson, Rieckenberg, James, Holland, Twiddy, Spangenberg, Bullett, and Cook hereby appeal to the United States

Court of Appeals for the Fourth Circuit from this Court's denial of Defendants' motion to dismiss Count VIII of Plaintiffs' Amended Complaint. D.E. 31 at 35.

This 5th day of March, 2026.

JEFF JACKSON
Attorney General

/s/ Lindsay Vance Smith
Lindsay Vance Smith
Special Deputy Attorney General
NC State Bar No. 48085
lsmith@ncdoj.gov
NC Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919.716.6065
Fax: 919.716.6764
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, addressed as follows:

Daniel K. Siegel
dsiegel@acluofnc.org

Reem Subei
reemsubei@gmail.com

Jaelyn D. Miller
jaelyn@emancipatenc.org

Ivy A. Johnson
ijohnson@acluofnc.org

This 5th day of March, 2026.

/s/ Lindsay Vance Smith
Lindsay Vance Smith
Special Deputy Attorney General